# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3655
_____

United States of America

*Plaintiff - Appellee*

v.

Freddy Ciro Salinas, also known as Freddie Cero Salinas

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: September 1, 2023
Filed: September 7, 2023
[Unpublished]
_____

Before GRUENDER, BENTON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Freddy Salinas appeals after he pleaded guilty to a firearms offense, and the district court[1] sentenced him to 71 months in prison, to be followed by 3 years of

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

supervised release. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing the district court erred in calculating the Guidelines imprisonment range.

Having reviewed the record, we conclude any error in calculating Salinas's Guidelines range was harmless. *See United States v. Wardlow*, 830 F.3d 817, 822 (8th Cir. 2016) (explaining the standard of review). The district court adequately explained why the 18 U.S.C. § 3553(a) factors justified the sentence, and concluded it would have imposed the same sentence regardless of how it resolved Salinas's challenge to the calculation of the Guidelines range. *See United States v. Hamilton*, 929 F.3d 943, 948 (8th Cir. 2019) (concluding any Guidelines miscalculation was harmless when the district court stated it imposed the sentence based on the § 3553(a) factors, "regardless of the calculation of the sentencing guidelines"). Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____